UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

RANDY LEEROYAL SWANEY,           Civil No. 17-2039 (JRT/DTS)

           Petitioner,

v.

                                     **ORDER**

MICHELLE SMITH,

          Respondent

---

Randy LeeRoyal Swaney, Reg. No. 227059, MN Correctional Facility, 5329 Osgood Avenue North, Stillwater, MN 55082, *pro se* petitioner.

Matthew Frank, Edwin William Stockmeyer, III, **MINNESOTA ATTORNEY GENERAL'S OFFICE**, 445 Minnesota Street, Suite 1800, St Paul, MN 55101-2134, for respondent.

United States Magistrate Judge David T. Schultz issued the Report and Recommendation on February 8, 2018. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED:**

1. Respondent's Motion to Dismiss [Docket No. 11] is **GRANTED**.

2. The Petition for Writ of Habeas Corpus is **DENIED**.

3. This case is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 28, 2018
at Minneapolis, Minnesota

                                     s/John R. Tunheim_____
                                     JOHN R. TUNHEIM
                                     Chief Judge
                                     United States District Court